UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIGO SPALINGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL CAMINO HOSPITAL,<br><br>　　　　Defendant. | Case No.  23-cv-02350-VC<br><br>**GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 13 |

　　　　The motion to remand is granted. It is not a close question. *See generally, e.g., Quinto v. Regents of University of California*, No. 22-04429, 2023 WL 1448050 (N.D. Cal. Feb. 1, 2023); *Valladolid v. Memorial Health Services*, No. 23-3007, 2023 WL 4236179 (C.D. Cal. June 27, 2023); *Doe v. Hoag Memorial Presbyterian Hospital*, No. 23-00444, 2023 WL 3197716 (C.D. Cal. May 2, 2023); *Davis v. Hoag Memorial Hospital Presbyterian*, No. 23-00772, 2023 WL 4147192 (C.D. Cal. June 23, 2023); *Crouch v. Saint Agnes Medical Center*, No. 22-01527, 2023 WL 3007408 (E.D. Cal. Apr. 19, 2023); *Jalili-Farshchi v. Aldersly*, No. 21-04727, 2021 WL 6133168 (N.D. Cal. Dec. 29, 2021).  *But see Doe I v. UPMC*, No. 2:20-CV-359, 2020 WL 4381675 (W.D. Pa. July 31, 2020); *Doe v. ProMedica Health Sys., Inc.*, No. 22-CV-1581, 2020 WL 7705627 (N.D. Ohio Oct. 30, 2020).

　　　　The Clerk shall remand the case to Santa Clara County Superior Court.

　　　　**IT IS SO ORDERED.**

Dated: August 21, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge